IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VALERIE MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:11-cv-01076-WDS-DGW |
| | ) |
| PDL SUPPORT.COM, LLC, | ) |
| | ) |
| Defendant. | ) |

# *MEMORANDUM*

COMES NOW Defendant, PDL Support, LLC, by counsel, and advised the Court of the settlement of this case.

/s/ Steven J. Hughes
Steven J. Hughes   #6199595
Attorney for Defendant
PITZER SNODGRASS, P.C.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

### AFFIDAVIT OF SERVICE

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 20th day of February, 2012.

Mr. Alex D. Weisberg
Weisberg & Meyers, LLC
5722 S. Flamingo Road, Suite 656
Cooper City, Florida  33330
aweisberg@attorneysforconsumers.com
Attorneys for Plaintiff

{00761217.DOC;1}

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ Steven J. Hughes

/
February 20, 2012