IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF ILLINOIS

CASE NO. 3:11-cv-01076-WDS-DGW

VALERIE MORGAN,

    Plaintiff,

v.

PDL SUPPORT.COM, LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiff's claims against Defendant, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees.

Dated this 29th day of March, 2012.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Steven J. Hughes |
| Alex Weisberg, Esq. | Steven J. Hughes |
| IBN: 6271510 | IBN: 6199595 |
| Weisberg & Meyers, LLC | Pitzer Snodgrass, P.C. |
| 5722 S. Flamingo Road, Ste. 656 | 100 South Fourth Street, Suite 400 |
| Cooper City, FL 33330 | St. Louis, MO 63102-1821 |
| Attorney for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served via electronic mail on the following: Steven J. Hughes, at hughes@pspclaw.com, on March 29, 2012.

By: s/ Alex Weisberg_____

ALEX D. WEISBERG
IBN: 6271510
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
   aweisberg@attorneysforconsumers.com