## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **VALERIE MORGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 11-CV-1076-WDS** |
| | ) | |
| **PDL SUPPORT.COM, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is plaintiff Valerie Morgan and defendant PDL Support.com, LLC's joint stipulation of dismissal (Doc. 12). The Court had previously entered an order directing the Clerk of the Court to enter judgment without prejudice in 60 days, which will be on May 3, 2012 (Doc. 11). But the parties now advise the Court they have settled plaintiff's claims amicably. They request a final order of dismissal with prejudice, with each party to bear its own costs and attorney's fees. Accordingly, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

**DATED:**  April 4, 2012

     */s/ WILLIAM D. STIEHL*
**DISTRICT JUDGE**